In the Matter of the Judicial Settlement of the Accounts of MARTHA A. A. BEER, as Administratrix, etc., of WILLIAM C. BEER, Deceased, Appellant. FREDERICK A. RYAN, Respondent.— Order of resettlement affirmed, with ten dollars costs and disbursements; order of December 31, 1918, as resettled by the order of January 31, 1919, reversed, with ten dollars costs and disbursements, and motion for a jury trial remitted to the Surrogate's Court of Westchester county for consideration and determination, upon the ground that the administratrix's demand for a jury trial was sufficient as to the claim of the appellant Ryan, although it asked for a jury trial of other issues as well; and that the administratrix had an absolute right to have such jury trial, and that the same should now be granted to her. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Petition of GEORGE C. BUECHNER to Render and Settle His Accounts as Trustee under the Last Will and Testament of CHARLES F. GRIFFITH, Deceased. WILLIAM H. GRIFFITH and Another, Appellants; MARY SUE GRIFFITH, as Administratrix, etc., Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs payable out of the estate, on the opinion of the surrogate. (Reported in 105 Misc. Rep. 175.) Mills, Rich and Kelly, JJ., concurred; Jenks, P. J., and Blackmar, J., dissented.

In the Matter of the Probate of the Last Will and Testament of EDWARD F. LANG, Deceased. HENRY F. LANG and Others, Appellants; BERNARD J. MORAN, as Executor, etc., Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

In the Matter of the Petition of THOMAS MORRIS and CATHERINE MORRIS, to Render and Settle Their Account as Executors of the Estate of CATHERINE GOREY, Deceased, Appellants. OWEN EDWARDS and Others, Respondents. — Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

JOSEPH F. BERNASCHEFF BUILDING CONSTRUCTION COMPANY, INC., Appellant, v. OHIO FARMERS INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JACOB KOKOTOFF, an Infant, by PHILIP JAFFE, His Guardian ad Litem, Appellant. v. ELIAS SHARER and JACOB KLEIGER, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concurred; Rich, J., voted for reversal for the purpose of maintaining his dissent in Goldberg v. Borden's Condensed Milk Co. (185 App. Div. 222) until that question is passed upon by the Court of Appeals.